UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
OCT 27 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:22-CR-63-CHB
18 U.S.C. § 2113(a)

SHAWN FOX

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about September 27, 2022, in Laurel County, in the Eastern District of Kentucky,

**SHAWN FOX,**

by force, violence, and intimidation, did take from the person or presence of another, money, namely $5,304.00 in United States currency, belonging to and in the care, custody, control, management, and possession of the Community Trust Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

**A TRUE BILL**

███████████████
**FOREPERSON**

_____
**CARLTON S. SHIER, IV
UNITED STATES ATTORNEY**

## PENALTIES

Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.